

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2018

No. 04-18-00809-CV

**IN RE C.D.M.** and C.M.M., Children

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On October 29, 2018, relator filed a petition for writ of mandamus and a motion for emergency expedited relief. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency expedited relief is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on October 30, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.D.M. and C.M.M., Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.